## FORE *v.* TOTH.

No. 740.  Decided April 20, 1959.

*Maurice F. Hanning* and *J. King Rosendale* for appellant.

*Charles C. Redmond* for appellee.

*Jack P. F. Gremillion,* Attorney General of·Louisiana, filed a brief for the State of Louisiana, as *amicus curiae,* in support of appellant.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.

## RILEY *v.* NEW JERSEY.

No. 659, Misc.  Decided April 20, 1959.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.